# IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

DR. WILLIAM BILL HAYS                                    PLAINTIFF

V.                                    NO. 4:14-CV-148-GHD-JMV

WILLIAM N. LAFORGE, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF DELTA STATE UNIVERSITY
AND IN HIS INDIVIDUAL CAPACITY                          DEFENDANT

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling . . . an immunity defense . . . motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal."  Because defendants have raised the issue of sovereign immunity by separate motion [38],

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings and the case management conference are hereby **STAYED** pending a ruling on the immunity motion. Defendants shall notify the undersigned within seven (7) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

This 17th day of April, 2015.

/s/ Jane M. Virden
U.S. Magistrate Judge